IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAWN LOVETT and CHERYL LOVETT, <br><br> Plaintiffs, <br><br> v. <br><br> HSBC MORTGAGE SERVICES, INC., <br><br> Defendant. | § § § § § § § § § § § § § § | Civil Action No. 3:13-cv-3593-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Motion to Dismiss (ECF No. 7) is hereby **GRANTED**, Plaintiffs' Motion to Remand (ECF No. 12) is **DENIED**, and Plaintiffs' Alternative Motion for Leave to File an Amended Complaint (ECF No. 14) is **GRANTED**.

The Court notes that Plaintiffs have filed their First Amended Complaint (ECF No. 21), filed February 10, 2014. Accordingly, this case is hereby referred to Magistrate Judge Toliver for pretrial management. All non-dispositive motions are referred to the magistrate judge for determination according to 28 U.S.C. § 636(b)(1)(A) and Federal Rule Civil Procedure 72(a). All case dispositive motions are referred to the magistrate judge for recommendation according to 28 U.S.C.

§ 636(b)(1)(B) and Rule 72(b)(1).  All other pretrial matters, including scheduling and alternative dispute resolution are referred to the magistrate judge for appropriate action consistent with applicable law.

The judge's copy of future filings shall be sent with a transmittal letter addressed to Magistrate Judge Toliver so copies can be sent directly to her without delay.

**SO ORDERED** on this **11th day of February, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**